RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 12/8/14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CHARLES ALFRED (#14314-035) | DOCKET NO. 14-CV-2714; SEC. P |
| VERSUS | JUDGE DRELL |
| WARDEN | MAGISTRATE JUDGE KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED THAT** the Petition for Writ of Habeas Corpus under 28 U.S.C. §2241 be **DENIED AND DISMISSED**, with prejudice.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, on this 8th day of December, 2014.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT